

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-88,188-01

### EX PARTE JOHN ANDREW HAMILTON, JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 14-19166-A IN THE CRIMINAL DISTRICT COURT
### OF JEFFERSON COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of assault of a family member and sentenced to imprisonment for two years.

Applicant alleges he is being improperly denied pre-sentence jail time credit and that he was unconstitutionally denied a proper parole review. Applicant's pre-sentence jail time credit claim is dismissed. *Ex parte Florence*, 319 S.W.3d 695 (Tex. Crim. App. 2010); *Ex parte Ybarra*, 149 S.W.3d 147 (Tex. Crim. App. 2004). After a review of the record, we deny Applicant's parole review claim.

Filed: April 11, 2018
Do not publish